THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PRZYBYL, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Application of FRANCIS W. SUTTON, Petitioner, for a Peremptory Writ of Mandamus against Hon. JAMES T. CROSS, as Justice of the Supreme Court, or any Justice of the Supreme Court Holding Term in and for Lewis County, Impleading the Hon. DWIGHT N. DUDO, as District Attorney of Lewis County, Respondents.*— Motion for leave to appeal to the Court of Appeals from denial of motion for a writ of peremptory mandamus denied. [See *post*, p. 972.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Petitioner, against HOLTON V. NOYES, Commissioner of Agriculture and Markets, Respondent.— Permission to file brief *amicus curiæ* granted to the Metropolitan Co-Operative Milk Producers' Bargaining Agency, Inc., and brief to be filed and served on or before May 18, 1940. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See, also, *post*, p. 981; 260 App. Div. 139.]

In the Matter of the Application of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Petitioner, for an Order under Article 78 of the Civil Practice Act Directed against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion for an order joining Theodore Richards and Rochester Guernsey Producers Co-operative, Inc., as parties respondent in this proceeding on behalf of themselves and others similarly situated, granted. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See also, *post*, p. 981; 260 App. Div. 139.]